# Exhibit H

CITY OF MAPLEWOOD
FINDINGS OF FACT, CONCLUSION OF LAW, AND ORDER REGARDING
PROPERTY LOCATED AT 2507 BELLEVUE AVENUE, APT. #9
MAPLEWOOD, MISSOURI

Anthony Traxler, acting as the Hearing Officer by designation of the City Manager pursuant to Chapter 34 Article VIII of the Maplewood Code of Ordinances, having heard evidence at a hearing held on March 22, 2012, and having reviewed the evidence presented at the hearing of the City of Maplewood, hereby makes the following findings of fact, conclusion of law, and order.

FINDINGS OF FACT

1. Rosetta R. Watson (also known as Rosetta Watson), DOB ▮▮▮▮ is the current occupant of 2507 Bellevue Avenue, Apt. #9 ("Property"), Maplewood, Missouri.

2. The City of Maplewood has issued an occupancy permit to Rosetta R. Watson and Robert S. Hennings for the Property.

3. The following instances involved peace disturbances and/or domestic violence involving Rosetta R. Watson and Robert S. Hennings at the Property. Each of these incidents resulted in calls to the police within a 180-day period:

| Date | Event | Police Report Number |
|---|---|---|
| 09/24/2011 | Domestic Disturbance Call | 11-2867 |
| 11/08/2011 | Domestic Disturbance Call | 11-3327 |
| 01/07/2012 | Domestic Disturbance Call | 12-54 |
| 02/22/2012 | Domestic Disturbance Call | 12-494 |

4. True and correct copies of the police reports are incorporated herein by reference.

5. Proper notice of a public hearing to be held on March 22, 2012 with respect to the existence of a nuisance at the Property was given to Rosetta R. Watson and Robert S. Hennings.

6. The public hearing was held on March 22, 2012 at Maplewood City Hall, the record of which is incorporated herein by reference.

7. Rosetta R. Watson attended the March 22, 2012 hearing.

8. As established by the testimony of City of Maplewood police officers, there have been repeated instances at the Property of peace disturbance and/or domestic violence resulting in numerous calls to the police.

1

SLC-6590921-2

9.  As a result of these instances of peace disturbance and domestic violence, Maplewood police officers have been put at risk.

10. Given the nature and number of incidents, a high magnitude of harm has been caused.

## CONCLUSION OF LAW

1.  More than two instances within a 180-day period of incidents of peace disturbance or domestic violence resulting in calls to the police have occurred at the Property.

2.  Such incidents constitute a public nuisance.

## ORDER

Pursuant to Chapter 34 Article VIII of the Maplewood Code of Ordinances and the predecessor codified sections thereof, Anthony Traxler, Hearing Officer, hereby orders as follows:

1.  The occupancy permit issued to Rosetta R. Watson for 2507 Bellevue, Apartment #9, is hereby revoked for a period of six (6) months commencing on the date set by the Maplewood Chief of Police, and Rosetta R. Watson shall not be entitled to occupy such property and shall be denied an occupancy permit within the City of Maplewood for a period of six (6) months commencing on the date set by the Maplewood Chief of Police;

2.  The occupancy permit issued to Robert S. Hennings for 2507 Bellevue, Apartment #9, is hereby revoked for a period of six (6) months commencing on the date set by the Maplewood Chief of Police, and Robert S. Hennings shall not be entitled to occupy such property and shall be denied an occupancy permit within the City of Maplewood for a period of six (6) months commencing on the date set by the Maplewood Chief of Police.

_____
Anthony Traxler
Hearing Official
Director of Public Works
City of Maplewood

Date: 4/10/12

SLC-6590921-2

2