IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| ROSETTA WATSON, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 4:17-cv-1268-JCH |
| ) | |
| CITY OF MAPLEWOOD, MISSOURI, ) | |
| et al. ) | |
| ) | |
| Defendants. ) | |

**PLAINTIFF ROSETTA WATSON'S RESPONSE IN OPPOSITION TO
INDIVIDUAL DEFENDANTS' MOTION TO DISMISS
<u>PLAINTIFF'S FIRST AMENDED COMPLAINT</u>**

Defendants Martin Corcoran, Stephan Kruse, and Anthony Traxler ("Individual Defendants") challenge the sufficiency of Plaintiff's First Amended Complaint ("First Amended Complaint") in their most recent motion to dismiss, filed December 15, 2017. With regard to Ms. Watson's claims against the Individual Defendants, the Court granted the Individual Defendants' motion to dismiss on November 1, 2017, ECF 49, thereby dismissing Martin Corcoran, Stephan Kruse, and Anthony Traxler as defendants in this action.

While Ms. Watson does not ask the Court to revisit its previous ruling at this time, she reasserts her claims against the Individual Defendants in her First Amended Complaint in order to preserve each of her claims for possible further review by the Eighth Circuit. Accordingly, Ms. Watson hereby reasserts and incorporates the arguments expressed in her Response in Opposition to the Individual Defendants' Motion to Dismiss Plaintiff's Complaint. ECF 32.

Dated: January 10, 2018                                  Respectfully submitted,

/s/ Kenneth J. Mallin
Kenneth J. Mallin, #33307
Saher Valiani, #69402
Bryan Cave LLP
211 North Broadway, Suite 3600
St. Louis, Missouri 63102
kjmallin@bryancave.com
saher.valiani@bryancave.com

Anthony E. Rothert, #44827MO
Jessie Steffan, #64841MO
ACLU of Missouri Foundation
906 Olive Street, Suite 1130
St. Louis, Missouri 63101
arothert@aclu-mo.org
jsteffan@aclu-mo.org

Gillian R. Wilcox, #61278MO
ACLU of Missouri Foundation
406 West 34th Street, Suite 420
gwilcox@aclu-mo.org

Sandra S. Park, #4122370NY
Lenora M. Lapidus, #2414225NY
ACLU Women's Rights Project
125 Broad Street, 18th Fl.
New York, NY 10004
(212) 519-7871
spark@aclu.org
llapidus@aclu.org

*Counsel for Plaintiff*

Certificate of Service

The undersigned hereby certifies that a true and accurate copy of the foregoing was served via the Court's electronic notification system upon all counsel of record this 10th day of January, 2018.

/s/ Kenneth J. Mallin

Kenneth J. Mallin