UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

ROSETTA WATSON,                          )
                                         )
            Plaintiff(s),                )
                                         )
      v.                                 )        No. 4:17-CV-01268-JCH
                                         )
MAPLEWOOD, MISSOURI, CITY OF, et al.,    )
                                         )
            Defendant(s).                )
                                         )

**NOTICE OF APPOINTMENT OF NEUTRAL**

Upon selection by parties, pursuant to the procedures outlined in E. D. Mo.  L. R.  6.03,

the Clerk of the court hereby notifies

     Name of Neutral/Firm:   SHER, RICHARD P.

     Firm Address:    190 Carondelet Plaza Suite 1100 St. Louis, MO  63105

     Email:    rsher@scwstl.com

that s/he has been appointed to serve as Neutral in the above-styled action to conduct **mediation**.

This appointment shall remain effective until the Neutral notifies the Court in writing that

the referral has been concluded.

The Attorneys of Record in this case are:

          Lead Counsel:   Anthony E. Rothert (for pla)
                          AMERICAN CIVIL LIBERTIES UNION OF MISSOURI
                          FOUNDATION
                          960 Olive St.
                          Suite 1130
                          St. Louis, MO  63101-1448
                          Ph: 314-669-3420  FAX: 314-652-3112

          Other Counsel:  Michael J. Tolles (for dft)
                          HUSCH BLACKWELL, LLP
                          190 Carondelet Plaza
                          Suite 600
                          St. Louis, MO  63105
                          Ph: 314-480-1858  FAX: 314-480-1500

**The completion deadline for this ADR referral is August 1, 2018.  The neutral shall file an ADR Compliance Report within 14 days after the ADR referral is concluded.**

The Neutral is directed to ascertain and to disclose to the parties any grounds that might exist which would require disqualification pursuant to 28 U.S.C. § 455.

May 22, 2018.                                          *Gregory J. Linhares*                    /
Date                                                        Clerk of Court

                                        By:    /s/ Kelley Shirley        /
                                                KELLEY SHIRLEY
                                                Deputy Clerk

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| ROSETTA WATSON, | ) | |
| | ) | |
| Plaintiff(s), | ) | |
| | ) | |
| v. | ) | Case No. 4:17-CV-01268-JCH |
| | ) | |
| MAPLEWOOD, MISSOURI, CITY OF, et al., | ) | |
| | ) | |
| | ) | |
| Defendant(s). | ) | |

**ALTERNATIVE DISPUTE RESOLUTION COMPLIANCE REPORT**

Complete one option and file this report with the Clerk's Office

**Option 1**

[ ] The neutral elects to extend the deadline for completing ADR for 14 days and will continue efforts to assist the parties in reaching a settlement. Revised completion deadline: _____. *Such an election by the neutral is permitted once during the span of a mediation in a single case.* ***If the parties require more time to complete mediation, lead counsel must file a motion with the Court.***

**Option 2**

[ ] An ADR conference was held on: _____.

All required individuals, parties, counsel of record, corporate representatives, and/or claims professionals attended and participated in the ADR conference(s) in good faith, and each possessed the requisite settlement authority;

The following individuals, parties, counsel of record, corporate representatives, and/or claims professionals failed to appear and/or participate in good faith as ordered: _____.

The ADR referral was concluded on _____.
The parties [□ did □ did not] achieve a settlement. Check one

**Option 3**

[ ] Although this case was referred to ADR, a conference WAS NOT HELD.

Date: _____     Neutral: _____

SHER, RICHARD P.
Signature

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

ROSETTA WATSON,                                )
                                               )
           Plaintiff(s),                       )
                                               )
      v.                                       )        Case No. 4:17-CV-01268-JCH
                                               )
MAPLEWOOD, MISSOURI, CITY OF, et               )
al.,                                           )
                                               )
           Defendant(s).                       )


EMAIL ADDRESS FORM FOR PARTIES WHO PARTICIPATED IN AN ALTERNATIVE DISPUTE
RESOLUTION CONFERENCE

**PLEASE DO NOT FILE THIS FORM THROUGH CM/ECF**

**YOU MAY EITHER:**

**1) SEND THE EMAIL ADDRESSES IN AN EMAIL DIRECTLY TO; OR**

**2) EMAIL THIS FORM TO:**

Betty Ann Skrien, Executive Assistant at:

**Betty_Ann_Skrien@moed.uscourts.gov**

Please provide the email addresses of **parties** participating in the ADR conference.  The participants will be sent an email with a link to a brief (5 minute), anonymous survey. A participant is defined as a plaintiff, defendant, insurance representative, in-house counsel or corporate representative.  **Counsel of record need not provide name and email address.**

Name (printed):                                Email address:

_____              _____
_____              _____
_____              _____
_____              _____
_____              _____
_____              _____
_____              _____
_____              _____
_____              _____
_____              _____


Date_____ Neutral_____